**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
P: 973-228-9898
F: 973-228-0303
E: ekatz@mazeislater.com
*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY BRAIN & SPINE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INS. CO.; OXFORD HEALTH INS., INC.; OXFORD HEALTH PLANS (NJ), INC.; OXFORD HEALTH PLANS (NY), INC.; BENJAMIN MOORE & CO.; LOEWS HOTELS & RESORTS CORP.; WELLS FARGO CORP.; FAIRLEIGH DICKINSON UNIV.; UNITED HEALTH-CARE SERVICES, INC.; UNITED HEALTH-CARE SERVICES, LLC; AXA ASSISTANCE USA, INC.; and, ABC CORPS. 1-100,<br><br>Defendants. | Civil Case No. 2:18-cv-15631<br><br><u>Before</u>:  Susan D. Wigenton, U.S.D.J.<br>Leda D. Wettre, U.S.M.J.<br><br>**CERTIFICATION<br>OF SERVICE** |

ERIC D. KATZ, of full age, hereby certifies as follows:

On the date set forth below, I filed and served via ECF Plaintiff's Reply Brief in Support of Remand and for Fees and Costs, and the Reply Certification of David M. Estes.

2

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                    */s/ Eric D. Katz*
                                                  ERIC D. KATZ

Dated: August 12, 2019

2