NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY BRAIN & SPINE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE CO., et al.,<br><br>Defendants. | No. 18-15631 (SDW)(LDW)<br><br>ORDER<br><br>December 9, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 25, 2019 by Magistrate Judge Leda D. Wettre ("Judge Wettre") (D.E. 25), recommending that Plaintiff's motion to remand this matter to the Superior Court of New Jersey, Law Division, Essex County be granted, and Plaintiff's motion for an award of fees and costs be denied. Neither party objected to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 25) is **ADOPTED** as the conclusions of law of this Court. Plaintiff's motion to remand this matter (D.E. 16) shall be **GRANTED**. Plaintiff's motion for an award of fees and costs shall be **DENIED**.

**SO ORDERED.**

                                                              /s/ Susan D. Wigenton
                                               **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
Leda D. Wettre, U.S.M.J.